IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00872-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DYWAND DAYTRON JULIEN,

    Applicant,
v.

JOE MORALES, Chairperson, Colorado State Board of Parole,
STEVE HARTLEY, Director, Cheyenne Mountain Re-Entry Center,
RICK RAEMISCH, Director, Colorado Department of Corrections and Time Release
    Operations, and
THE COLORADO DIVISION OF ADULT PAROLE,

    Respondents.
~~Respondents.~~

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

    Applicant, Dywand Daytron Julie, is a state prisoner currently detained at the Cheyenne Mountain Re-Entry Center in Colorado Springs, Colorado.  He initiated this action by filing an "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. Section 2241 and Motion for Leave to Proceed Pursuant to 28 U.S.C. Section 1915/With Affidavit" (ECF No. 1).

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __ is not submitted

1

(2) __    is missing affidavit
(3) __    prisoner's trust fund statement is not certified
(4) __    is missing certificate showing current balance in inmate trust fund account
(5) __    is missing an original signature by the prisoner
(6) __    is not on proper form (must use the Court's current form used in filing prisoner civil rights complaints)
(7) __    names in caption do not match names in caption of complaint, petition or habeas application
(8) __    An original and a copy have not been received by the court. Only an original has been received.
(9) __    other:

**Complaint, Petition or Application**:
(10) __    is not submitted
(11) _X_   is not on proper form (<u>must use the Court-approved form</u>)
(12) __    is missing an original signature by the prisoner
(13) __    is missing page nos.
(14) __    uses et al. instead of listing all parties in caption
(15) __    An original and a copy have not been received by the court. Only an original has been received.
(16) __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __    names in caption do not match names in text
(18) __    other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain the Court-approved form for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (with the assistance of his case manager or the facility's legal assistant), at

www.cod.uscourts.gov.  Applicant shall use the form in curing the deficiencies. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 19, 2016, at Denver, Colorado.

BY THE COURT:

<u>s/Gordon P. Gallagher</u>
United States Magistrate Judge